# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00673-CV

**River Creek Development Corporation and City of Hutto, Texas, Appellants**

**v.**

**Kenneth Paxton, Jr. Attorney General of Texas; Preston Hollow Capital, LLC; 79 HCD Development, LLC; Public Finance Authority and U.S. Bank National Association, Appellees**

### FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 21-0759-C425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants River Creek Development Corporation and City of Hutto, Texas, have filed an unopposed motion to dismiss this appeal. We grant appellants' motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

Thomas J. Baker, Justice

Before Justices Goodwin, Baker, and Triana

Dismissed on Appellants' Motion

Filed: January 7, 2022